**Terry JAMES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52543.**

Missouri Court of Appeals, Western District.

Sept. 17, 1996.

Jarrett A. Johnson, Kansas City, for Terry James.

John Munson Morris, Jefferson City, for State.

Before HANNA, P.J., SMART and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM.

Appeal from judgment of trial court denying Rule 24.035 motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).